# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| STEPHEN HUGHS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 1:12-cv-1455-WJM-CBS** |
| ) | |
| COMMERCIAL RECOVERY ) | |
| SYSTEMS, INC. ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: January 2, 2013

BY:/s/Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff